IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Patterson, Jeanette

Printed: 11/11/08

Case Number: 07 B 13093
Judge: Squires, John H
Filed: 7/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 1, 2008
Confirmed: January 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,800.00 |  |
| Secured: |  | 1,080.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 219.50 |
| Other Funds: |  | 0.00 |
| Totals: | 3,800.00 | 3,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,500.00 | 2,500.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 16,573.12 | 1,080.50 |
| 4. | B-Line LLC | Unsecured | 48.78 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 60.39 | 0.00 |
| 6. | Capital One | Unsecured | 32.14 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 17.85 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 24.95 | 0.00 |
| 10. | Mutual Hospital Services/Alverno | Unsecured | 180.95 | 0.00 |
| 11. | Portfolio Acquisitions | Unsecured | 49.26 | 0.00 |
| 12. | Midwest Physician Group | Unsecured | 117.78 | 0.00 |
| 13. | First Bank Of Delware | Unsecured | 28.77 | 0.00 |
| 14. | Capital One | Unsecured | 17.61 | 0.00 |
| 15. | Aspire Visa | Unsecured | 18.22 | 0.00 |
| 16. | First Premier Bank | Unsecured | | No Claim Filed |
| 17. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 18. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 19. | Chase | Unsecured | | No Claim Filed |
| 20. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 21. | Discover Financial Services | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Fingerhut Credit Advantage | Unsecured | | No Claim Filed |
| 24. | HSBC | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Patterson, Jeanette

Printed: 11/11/08

Case Number: 07 B 13093
Judge: Squires, John H
Filed: 7/20/07

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Midnight Velvet | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 31. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 32. | Midland Credit Management | Unsecured | | No Claim Filed |
| 33. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 34. | Bass Furniture & Rug Company | Unsecured | | No Claim Filed |
| 35. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 36. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 37. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 38. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 39. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 40. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 41. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 42. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 43. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 44. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 45. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 46. | MRSI | Unsecured | | No Claim Filed |
| 47. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 48. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 49. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 50. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 51. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 52. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 19,684.82 | $ 3,580.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 135.00 |
| 6.5% | 84.50 |
| | $ 219.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

